**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**08 C 402**

IN RE BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Civil Case No.: _____

Related Case Number M:05-cv-01699-CRB
MDL No. 1699
Pending in the Northern District of California,
San Francisco Division

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

## LOCAL RULE 3.2 DISCLOSURE OF PFIZER INC.

Pfizer Inc., ("Pfizer") by and through its attorneys, Winston & Strawn LLP, having filed its initial pleading in the above-caption matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Pfizer is a publicly-held company and does not have a parent corporation. No publicly-held entity owns more than 5% of Pfizer.

Dated: January 17, 2008

                Respectfully submitted,

                **PFIZER INC.**

                /s/ Matthew J. Sullivan_____
                By: Matthew J. Sullivan

John W. Christopher
Matthew J. Sullivan
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600 (ph)
(312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

    I, Matthew J. Sullivan, attorney for Pfizer Inc. herby certify that I have caused a copy of the foregoing to be served on the following counsel by hand delivery:

> Joseph P. Thorton
> Editorial Counsel
> JAMA & Archives Journals
> American Medical Association
> 515 N. State Street
> Chicago, IL 60610

on this January 17, 2008.

                                          /s/ Matthew J. Sullivan_____
                                          Matthew J. Sullivan