IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Civil Case No.: 08 C 402<br><br>Hon. Joan Humphrey Lefkow<br><br>Related Case Number M:05-cv-01699-CRB<br>MDL No. 1699<br>Pending in the Northern District of California, San Francisco Division |

## NOTICE OF MOTION

To:   JAMA & Archives Journals
      American Medical Association
      515 N. State Street
      Chicago, IL  60610

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow January 29, 2008 at 9:30 a.m. in Courtroom 1925 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Pfizer Inc.'s Motion to Compel Production of Documents From Non-Parties the American Medical Association, the Journal of the American Medical Association and the Archives of Internal Medicine**, a copy of which has been served upon you.

Dated:  January 23, 2008                **PFIZER INC.**


                                        /s/ Matthew J. Sullivan
                                        By:  Matthew J. Sullivan

                                        John W. Christopher
                                        Matthew J. Sullivan
                                        Winston & Strawn LLP
                                        35 W. Wacker Drive
                                        Chicago Illinois, 60601
                                        (312) 558-5600 (ph)
                                        (312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

      I, Matthew J. Sullivan, attorney for Pfizer Inc. herby certify that I have caused a copy of the foregoing to be served on the following counsel by hand delivery:

>Joseph P. Thorton
>Editorial Counsel
>JAMA & Archives Journals
>American Medical Association
>515 N. State Street
>Chicago, IL  60610

on this January 23, 2008.

      /s/ Matthew J. Sullivan_____
      Matthew J. Sullivan