# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Bextra and Celebrex Marketing Sales Practices and
Product Liability Litigation, et al.

Plaintiff,

v.                                                Case No.:
                                                  1:08−cv−00402
                                                  Honorable Joan H.
                                                  Lefkow

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Pfizer, Inc.'s motion to compel production of documents from non−parties The American Medical Association, The Journal of the American Medical Association and the Archives of Internal Medicine [1] is being referred to the designated Magistrate Judge Michael T. Mason and is removed from the court's call on 1/29/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.