IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Magistrate Judge Michael Mason<br><br>Civil Case No.: 08 C 402<br><br>Related Case Number M:05-cv-01699-CRB<br>MDL No. 1699<br>Pending in the Northern District of California, San Francisco Division |

## NOTICE OF MOTION

To: Counsel for JAMA & Archives Journals
　　Matthew C. Crowl
　　Jonathan Judge
　　Schiff Hardin LLP
　　6600 Sears Tower
　　233 S. Wacker Drive
　　Chicago, IL 60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Magistrate Judge Michael T. Mason on February 6, 2008 at 9:00 a.m. in Courtroom 2214 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Pfizer Inc.'s Motion to Compel Production of Documents From Non-Parties the American Medical Association, the Journal of the American Medical Association and the Archives of Internal Medicine**, a copy of which has been served upon you.

Dated: February 1, 2008　　　　　　　　　　**PFIZER INC.**


　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew J. Sullivan_____
　　　　　　　　　　　　　　　　　　　　　　By: Matthew J. Sullivan

　　　　　　　　　　　　　　　　　　　　　　John W. Christopher
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago Illinois, 60601

(312) 558-5600 (ph)  
(312) 558-5700 (fax)  
jchristopher@winston.com  
msullivan@winston.com

## **CERTIFICATE OF SERVICE**

    I, Matthew J. Sullivan, attorney for Pfizer Inc. herby certify that I have caused a copy of the foregoing to be served on the following counsel by facsimile and U.S. Mail:

>Matthew C. Crowl
>Jonathan Judge
>Schiff Hardin LLP
>6600 Sears Tower
>233 S. Wacker Drive
>Chicago, IL  60606
>(312) 258-5600 (fax)

on this February 1, 2008.

>/s/ Matthew J. Sullivan
>Matthew J. Sullivan