IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Magistrate Judge Michael Mason<br><br>Civil Case No.:  08 C 402<br><br>Related Case Number M:05-cv-01699-CRB<br>MDL No. 1699<br>Pending in the Northern District of California, San Francisco Division |

## NOTICE OF MOTION

To:   Counsel for JAMA & Archives Journals
      Matthew C. Crowl
      Jonathan Judge
      Schiff Hardin LLP
      6600 Sears Tower
      233 S. Wacker Drive
      Chicago, IL  60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Magistrate Judge Michael T. Mason on February 6, 2008 at 9:00 a.m. in Courtroom 2214 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in her stead, and present **Pfizer Inc.'s Motion for Expedited Briefing Schedule**, a copy of which has been served upon you.

Dated:  February 1, 2008                **PFIZER INC.**

                                        /s/ Matthew J. Sullivan_____
                                        By:  Matthew J. Sullivan

                                        John W. Christopher
                                        Matthew J. Sullivan
                                        Winston & Strawn LLP
                                        35 W. Wacker Drive
                                        Chicago Illinois, 60601
                                        (312) 558-5600 (ph)
                                        (312) 558-5700 (fax)
                                        jchristopher@winston.com
                                        msullivan@winston.com

**CERTIFICATE OF SERVICE**

    I, Matthew J. Sullivan, attorney for Pfizer Inc. herby certify that I have caused a copy of the foregoing to be served on the following counsel by facsimile and U.S. Mail:

>Matthew C. Crowl
>Jonathan Judge
>Schiff Hardin LLP
>6600 Sears Tower
>233 S. Wacker Drive
>Chicago, IL  60606
>(312) 258-5600 (fax)

on this February 1, 2008.

>/s/ Matthew J. Sullivan
>Matthew J. Sullivan