UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Bextra and Celebrex Marketing Sales Practices and
Product Liability Litigation, et al.

                  Plaintiff,

v.                      Case No.: 1:08−cv−00402

                  Honorable Joan H. Lefkow

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

    MINUTE entry before Judge Michael T. Mason : Judge Mason having submitted a recusal order in this case, notice motion date of 2/6/08 is stricken. Another magistrate judge will be assigned shortly.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.