# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Magistrate Judge Arlander Keys<br><br>Civil Case No.:  08 C 402<br><br>Related Case Number M:05-cv-01699-CRB<br>MDL No. 1699<br>Pending in the Northern District of California,<br>San Francisco Division |

## NOTICE OF MOTION

To:   Counsel for JAMA & Archives Journals
      Matthew C. Crowl
      Jonathan Judge
      Schiff Hardin LLP
      6600 Sears Tower
      233 S. Wacker Drive
      Chicago, IL  60606

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Magistrate Judge Arlander Keys on February 11, 2008 at 9:00 a.m. in Courtroom 2230 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present **Pfizer Inc.'s Motion to Compel Production of Documents From Non-Parties the American Medical Association, the Journal of the American Medical Association and the Archives of Internal Medicine**, a copy of which has been served upon you.

Dated:  February 6, 2008                    **PFIZER INC.**

                                            /s/ Matthew J. Sullivan
                                            By:  Matthew J. Sullivan

                                            John W. Christopher
                                            Matthew J. Sullivan
                                            Winston & Strawn LLP
                                            35 W. Wacker Drive
                                            Chicago Illinois, 60601
                                            (312) 558-5600 (ph)
                                            (312) 558-5700 (fax)
                                            jchristopher@winston.com

msullivan@winston.com

**CERTIFICATE OF SERVICE**

  I, Matthew J. Sullivan, attorney for Pfizer Inc. herby certify that I have caused a copy of the foregoing to be served on the following counsel by facsimile and U.S. Mail:

>Matthew C. Crowl
>Jonathan Judge
>Schiff Hardin LLP
>6600 Sears Tower
>233 S. Wacker Drive
>Chicago, IL  60606
>(312) 258-5600 (fax)

on this February 6, 2008.

>/s/ Matthew J. Sullivan
>Matthew J. Sullivan