**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Civil Case No:  08-CV-00402

Related Case Number M:05-cv-01699-CRB
MDL No. 1699
Pending in the Northern District of California
San Francisco Division

**RESPONSE OF THE AMERICAN MEDICAL ASSOCIATION**
**TO PFIZER, INC.'S MOTION FOR EXPEDITED BRIEFING SCHEDULE**

The American Medical Association ("AMA") responds to Pfizer's Motion for Expedited Briefing Schedule as follows:

1.      The AMA is an Illinois not-for-profit corporation, headquartered at 515 North State Street, Chicago, IL.  For more than 160 years, the organization has sought to promote the art and science of medicine and the betterment of public health.  To that end, the AMA publishes the *Journal of the American Medical Association*, known as **JAMA**, and the *Archives of Internal Medicine*, both of whose records are sought by Pfizer.

2.      The AMA has produced a number of non-privileged documents, but Pfizer's motion falsely claims that the AMA withdrew from a tentative agreement to produce additional material sought by Pfizer's subpoena.  As Exhibit J to Pfizer's own motion explicitly states, of the three remaining categories of documents improperly sought by Pfizer, only one of them was the subject of any attempted negotiation by Pfizer.

3.      The AMA only recently retained outside counsel to defend itself against Pfizer's motion.

4.      Contrary to Pfizer's suggestion, the issues presented by Pfizer's attempt to invade the editorial judgments and confidential peer-review process of the AMA's medical journals are both complex and intricate, raising questions of multiple potentially-applicable privileges, as well as fundamental questions of public policy that will take time to analyze and resolve.  The AMA does not have the resources of Pfizer or its counsel, and proper briefing cannot be accomplished overnight.  Further, the AMA believes oral argument would assist the Court in rendering an opinion on the motion and the asserted privileges.

5.      The AMA believes that it will be able to file its response to Pfizer's motion to compel by February 29, 2008.  The AMA respectfully requests that the Court so order, set a date for a reply by Pfizer, and set a date for oral argument on these critical issues of public interest and concern.

Dated: February 8, 2008                      Respectfully submitted,


                                             s/ Jonathan Judge_____
                                             Matthew C. Crowl
                                             Jonathan Judge
                                             SCHIFF HARDIN LLP
                                             6600 Sears Tower
                                             Chicago, IL 60606
                                             Phone: (312) 258-5500
                                             Fax: (312) 258-5600
                                             mcrowl@schiffhardin.com
                                             jjudge@schiffhardin.com


                                             Joseph P. Thornton, JD
                                             Editorial Counsel, JAMA & Archives Journals
                                             AMERICAN MEDICAL ASSOCIATION
                                             515 N. State Street
                                             Chicago, IL 60610
                                             Tel  312-464-4609
                                             Fax  312-464-4073
                                             joseph.thornton@jama-archives.org

                                             **Attorneys for The American Medical Association**

**Certificate of Service**

The undersigned, an attorney, hereby certifies that he caused to be served a copy of the foregoing to the following via notice provided through the ECF system, on February 8, 2008:

John W. Christopher
Matthew J. Sullivan
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
jchristopher@winston.com
msullivan@winston.com

s/ Jonathan Judge
_____
Jonathan Judge