Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 08 C 402 | DATE | 3/14/2008 |
| CASE TITLE | In Re: Bextra | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the attached Memorandum Opinion and Order, Pfizer's Motion to Compe [#1] is Denied. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to Judge Lefkow. *AK*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|